**IN THE CIRCUIT COURT OF MARYLAND FOR MONTGOMERY COUNTY**

| | | |
|---|---|---|
| **KHADRA AHMED**<br>21 Gas Light Ct<br>Gaithersburg, Maryland 20879<br><br>*Plaintiff,*<br><br>vs.<br><br>**WALMART INC.**<br>701 South Walton Blvd.<br>Bentonville, Arkansas 72716<br><br>SERVE: Resident Agent<br>The Corporation Trust, Incorporated<br>2405 York Road<br>Suite 201<br>Lutherville Timonium, MD 21093-2264<br><br>*Defendant.* | : | Civil No. |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Comes now the Plaintiff, Khadra Ahmed, by and through his attorneys, Jonathan R. Carroll and Jezic & Moyse, LLC, and hereby brings his cause of action against Defendant, Khadra Ahmed, and in support thereof states as follows:

**Parties**

1. Plaintiff, Khadra Ahmed, is an adult and, at all relevant times hereto, a resident of Montgomery County, Maryland.
2. Defendant, Khadra Ahmed is an adult and, at all relevant times hereto, a resident of Montgomery County, Gaithersburg, MD.

**Factual Background**

3. On or about August 10, 2022 Plaintiff entered the Sam's Club located at 601 N. Frederick, Gaithersburg, Maryland 20877 as a customer to do some shopping.
4. She was inside the entry area where the shopping carts are pushed through an openening from the parking lot into the building.

5. A Sam's Club employee was pushing a long line of carts into the entryway and struck the Plantiff in the lower back, knocking her to the ground.

6. At all times relevant hereto, Defendant owed a duty of reasonable care keep it premises safe.

7. Further, Defendant's employees owed a duty to transport the shopping carts move within the store in a safe manner.

8. Defendant breached that duty by, *inter alia,* (a) failing to transport shopping carts in a safe manner causing injury; (b) failing to train employees to transport carts in a safe manner causing injury.

9. As a direct and proximate result of the negligent acts of the Defendant's employee and through no contributory negligence on the part of Plaintiff, the Plaintiff suffered, and will continue to suffer, serious physical injuries to her head, neck, back and legs as well as and great pain and suffering.

10. As a direct and proximate result of the aforesaid injuries, the Plaintiff has incurred, and shall in the future continue to incur property damage and hospital, medical, and nursing care expenses. The Plaintiff also has suffered, and shall continue to suffer great pain, suffering, mental anguish and disability, and was otherwise damaged.

11. At all times relevant hereto, the Plaintiff acted with due care and without negligence.

WHEREFORE, the Plaintiff, Khadra Ahmed demands judgment of and from the Defendant, Khadra Ahmed, in a sum to exceed of $75,000.00 in compensatory damages, with interests and costs.

Respectfully submitted,

Jonathan R. Carroll
CPF#: 0506140147
Jezic & Moyse, LLC
2730 University Blvd West, Suite 604
Wheaton, MD 20902
(240) 292-7200 (Telephone)
(240) 292-7225 (Fax)
Email: jonathancarroll@jezicfirm.com
*Counsel for Plaintiff*

**JURY DEMAND**

Plaintiff demands a jury on all issues at trial.

Jonathan R. Carroll
CPF#: 0506140147